TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00465-CV

In the Matter of C. W., Appellant

FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY,

NO. 179,182, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING 

PER CURIAM

 On November 27, 2000, appellant C. W. filed a motion to dismiss his appeal. We
grant the motion and dismiss this appeal. Tex. R. App. P. 42.1(a)(2). 

Before Justices Jones, Kidd and Yeakel

Dismissed on Appellant's Motion

Filed: December 21, 2000

Do Not Publish